UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,                                    CASE NO:  1:16-cv-04231-KPF

    Plaintiff,

vs.

SUN SHINE 27 INC., a New York corporation,
d/b/a SUNSHINE 27 SEAFOOD RESTAURANT,
and CHINA ARCADE, L.L.C., a New York limited
liability company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    COME NOW, Plaintiff, LIN KWOK KEUNG, and Defendants, SUN SHINE 27 INC., a New York corporation, d/b/a SUNSHINE 27 SEAFOOD RESTAURANT, and CHINA ARCADE, L.L.C., a New York limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

    Dated: This 25th day of April, 2017.

By:  /S/ B. Bradley Weitz                     By:  /S/ Blaise Chow
    B. Bradley Weitz, Esq.                       Blaise Chow, Esq.
    THE WEITZ LAW FIRM, P.A.                     ROPERS, MAJESKI, KOHN
    Bank of America Building                     & BENTLEY
    18305 Biscayne Blvd., Suite 214              750 3rd Avenue, 25th Floor
    Aventura, Florida 33160                      New York, New York 10009
    Telephone:  (305) 949-7777                   Telephone:  (212) 558-5927
    Facsimile:   (305) 704-3877                  Facsimile:   (212) 668-5929
    Email: bbw@weitzfirm.com                     Email: bchow@rmkb.com
    *Attorney for Plaintiff*                     *Attorneys for China Arcade, L.L.C.*

By:  /S/ Stuart M. Pierce
Stuart M. Pierce, Esq.
LAW OFFICES OF
HENRY LEE M. FONG
11 East Broadway, Suite 14A
New York, New York 10038
Telephone:  (212) 385-0034
Facsimile:   (212) 571-4807
Email: attorneyfong11@gmail.com
*Attorneys for Sun Shine 27 Inc.*
*(Not admitted in SDNY)*

2